UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

Tampa Division

Case No.: 24-cv-00690-WFJ-TGW

HERIBERTO ALEJANDRO SANCHEZ-MAYEN,

    Plaintiff,

v.

CITY OF ST. PETERSBURG, a Municipal Entity, Officer MICHAEL THACKER of the St. Petersburg Police Department, in his individual capacity, and Officer SARAH GADDIS of the St. Petersburg Police Department, in her individual capacity,

    Defendants.
_____/

## PROPOSED ORDER ON PLAINTIFF'S COUNSEL'S MOTION TO WITHDRAW AS COUNSEL OF RECORD

**THE COURT** has considered the Motion to Withdraw as Counsel of Record filed by Thomas Scolaro, Adam T. Rose and Evan M. Robinson of the law firm of Leesfield & Partners, O.A. f/k/a Leesfield Scolaro, P.A., on April 12, 2024, and being otherwise fully advised in the premises, it is hereby:

**ORDERED AND ADJUDGED** as follows:

1.    Attorneys', Thomas Scolaro, Adam T. Rose and Evan M. Robinson, Motion to Withdraw as Counsel for Plaintiff is hereby GRANTED.

2.    Attorneys, Thomas Scolaro, Adam T. Rose and Evan M. Robinson from the law firm of Leesfield & Partners, P.A., shall have no further obligation in this matter.

3. Daniel P. Faherty will remain as lead counsel for Plaintiff.

**DONE AND ORDERED** in Miami, Florida this _____ day of _____, 2024.

_____
**WILLIAM F. JUNG
UNITED STATES DISTRICT JUDGE**

Daniel Patrick Faherty cguntner@ctrfa.com, croca@ctrfa.com
Adam Troy Rose rose@leesfield.com, abreu@leesfield.com
Evan M. Robinson – Robinson@leesfield.com