UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

HERIBERTO ALEJANDRO SANCHEZ-MAYEN,

    Plaintiff,

v.     CASE NO.: 8:24-cv-00690-WFJ-TGW

CITY OF ST. PETERSBURG, a Municipal Entity, Officer MICHAEL THACKER of the St. Petersburg Police Department, in his individual capacity, and Officer SARAH GADDIS of the St. Petersburg Police Department, in her individual capacity,

    Defendants.
_____/

## NOTICE OF FILING

Defendants, City of St. Petersburg, Officer Michael Thacker, and Officer Sarah Gaddis, by and through undersigned counsel, hereby files this Notice of Filing of Defendants' Exhibit B pursuant to the Court's Order (Doc. 54) and states that the thumb drives containing video have been hand-delivered to the Court on this date.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on August 6, 2024, the foregoing electronically filed with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

1

**Daniel P. Faherty, Esquire**, Telfer, Faherty & Anderson, PLLC, 815 South Washington Avenue, Suite 201, Titusville, FL 32780, danfaherty@hotmail.com; cguntner@ctrfa.com; **Thomas Scolaro, Esquire**, Scolaro Law, P.A., 3524 North Bayhomes Drive, Miami, FL 33133, tom@usinjury.law; barbie@usinjury.law; ana@usinjury.law; and **Mason Kerns, Esquire**, Mason Kerns Law, P.A., 1200 Ponce de Leon Boulevard, Suite 704, Coral Gables, FL 33134, mason@masonkernslaw.com, Attorneys for Plaintiff.

        OFFICE OF THE CITY ATTORNEY
        FOR THE CITY OF ST. PETERSBURG

       By: /s/ Joseph P. Patner
         JOSEPH P. PATNER
         FBN: 831557
         Executive Assistant City Attorney
         P. O. Box 2842
         St. Petersburg, Florida 33731
         (727) 893-7401, FAX: (727) 892-5262
         Attorney for Defendants
         eservice@stpete.org
         joseph.patner@stpete.org